Gochenauer *v.* Miller & Bushong, Inc. et al.,
Appellants.

Argued December 12, 1967. *Charles R. Cooper, Jr.,* with him *Paul K. Allison,* and *Barley, Snyder, Cooper & Mueller,* for plaintiff; *John I. Hartman, Jr.,* with him *Windolph, Burkholder & Hartman,* for defendants.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

Hecht Unemployment Compensation Case.

Argued December 13, 1967. *Benjamin A. Katz,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

Howard *v.* Pilgrim Life Insurance Company,
Appellant.

Argued December 14, 1967. *Rames J. Bucci,* with him *Bucci and Bucci,* for appellant; *Michael R. DeAngelo,* with him *Alvin M. Chanin,* for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.